Certificate Number: 05781-NYE-DE-041531866

Bankruptcy Case Number: 26-44014

05781-NYE-DE-041531866

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 7, 2026, at 6:12 o'clock AM PDT, Khawlah Jaber completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date: October 7, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President